UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

DAVID CARABALLO,

              Defendant.

------------------------------------------X

98 Cr. 1316 (RWS)

O R D E R

**Sweet, D.J.,**

    Defendant's petition for the modification or reduction of his fine will be treated as a motion to be heard on submission, without oral argument, on Tuesday, November 24, 2009.

    It is so ordered.

**New York, NY**
**November /6, 2009**



ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-09